IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JULIEANNE SEES, | § | |
| | § | No. 330, 2023 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | C.A. No. N22C-09-813 |
| WILLIAM MACKENZIE, M.D., | § | |
| NEMOURS CHILDREN'S | § | |
| HOSPITAL, and NEMOURS | § | |
| FOUNDATION, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: February 9, 2024
Decided:    April 11, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its order, dated August 14, 2023, dismissing the complaint.

NOW, THEREFORE, IT IS ORDERED, that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice